**Brandon WHITBY, Appellant,**

v.

**STATE of Missouri, Respondent.**

**ED 103193**

Missouri Court of Appeals,
Eastern District,
*DIVISION FOUR.*

Filed: July 5, 2016

Maleaner Harvey, Assistant Public Defender, St. Louis, MO, for appellant.

Richard A. Starnes, Assistant Attorney General, Jefferson City, MO, for respondent.

Before Sherri B. Sullivan, P.J., Kurt S. Odenwald, J., and Lisa P. Page, J.

*ORDER*

PER CURIAM

Brandon Whitby appeals from the denial of his Rule 29.15 motion for post-conviction relief without an evidentiary hearing. We affirm.

The judgment of the trial court is not clearly erroneous. An extended opinion would have no precedential value. The parties have been furnished with a memorandum for their information only, setting forth the reasons for this order pursuant to Rule 84.16(b).